JODI DONETTA LOWRY
Nevada Bar No. 7798
jdlowry@dickinsonwright.com
JOHN C. BLATTNER
*Pro Hac Vice*
jblattner@dickinsonwright.com
MICHELLE R. HEIKKA
*Pro Hac Vice*
mheikka@dickinsonwright.com

DICKINSON WRIGHT PLLC
City Center West
7201 West Lake Mead Boulevard, Suite 503
Las Vegas, Nevada 89128
Telephone 702.541.7888
Facsimile 702.541.7899

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERMEDIA OUTDOORS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PERFORMANCE RHINO, LLC, a Nevada limited-liability corporation,<br><br>Defendant. | Case No.: 2:12-cv-01921-MMD-PAL<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41 (a)** |

Plaintiff, Intermedia Outdoors, Inc. ("Intermedia"), by and through its counsel, Dickinson Wright PLLC, hereby dismisses with prejudice all of Intermedia's pending claims against

-1-

1. Performance Rhino, LLC, which never answered in this matter, pursuant to Fed.R.Civ.P.
2. 41(a)(1)(A)(i).
3.     Respectfully submitted this 18th day of February, 2014.

DICKINSON WRIGHT PLLC

By  /s/ J.D. Lowry.

JODI DONETTA LOWRY
Nevada Bar No. 7798
JOHN C. BLATTNER
*Pro Hac Vice*
MICHELLE R. HEIKKA
*Pro Hac Vice*
City Center West
7201 West Lake Mead Boulevard, Suite 503
Las Vegas, Nevada 89128